UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Toth,                                             Civil No. 11-1678 (RHK/JJK)

        Plaintiff,                            **DISQUALIFICATION AND**
                                                       **ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 28, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge